660

the Sixth Circuit denied.  *Messrs. D. C. Webb* and *John W. Green* for petitioners.  *Mr. John Jennings, Jr.,* for respondents.

No. 819.  ALLEN *v.* CLOISTERS BUILDING CORP. ET AL. April 13, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioner. *Messrs. Walter E. Beebe, Claude A. Roth,* and *Arthur M. Cox* for respondents.

Nos. 821 and 822.  KATTELMAN *v.* MADDEN, RECEIVER. April 13, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. P. H. Cullen* and *Clem F. Storckman* for petitioner.  *Mr. Howard G. Cook* for respondent.

No. 825.  MILLER *v.* TRAVELERS INSURANCE Co.  April 13, 1936.  Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. John A. Bloomingston* for petitioner.  *Mr. Weymouth Kirkland* for respondent.

No. 829.  BERMAN *v.* McDONNELL, U. S. MARSHAL. April 13, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Eugene L. Garey* for petitioner.  *Solicitor General Reed, Assistant Attorney General McMahon* and *Mr. Wm. W. Barron* for respondent.